1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11   OLA RAY,

12            Plaintiff,              No. Civ S-08-671 FCD KJM PS

13        vs.

14   OPTIMUM PRODUCTIONS, INC., et al.,

15            Defendants.             <u>ORDER</u>

16   _____/

17            Plaintiff is proceeding in this action pro se.  The federal venue statute requires

18   that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24            In this case, the defendants are located and the claim arose in Los Angeles

25   County, which is in the Central District of California.  Therefore, plaintiff's claim should have

26   been filed in the United States District Court for the Central District of California.  In the interest

1

1    of justice, a federal court may transfer a complaint filed in the wrong district to the correct

2    district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3                     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

4    United States District Court for the Central District of California.

5    DATED:  April 4, 2008.

6                                                                    _____

7    006                                                     U.S. MAGISTRATE JUDGE
     ray.tra

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26